DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



FILED
DISTRICT COURT OF GUAM
AUG - 2 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-01-00126-001       DATE: 08/02/2005

HON. CONSUELO B. MARSHALL, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 12:14:30 - 1:03:18

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald

TIME: 12:14 p.m.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: MIGUEL T. SANTOS, JR.**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FRED BLACK

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: J. CURRY

( X ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE  _X_  GOVERNMENT __ DEFENSE  _X_  GRANTED
   COURT DEPARTS TO A LEVEL _17_ FROM A LEVEL _29_
( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE    ___ GOVERNMENT ___ DEFENSE
( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____

   Base offense level:   32       Total offense level:   29       Criminal History Category:  I

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Requested the Court to sentence his client to a term of probation. He stated that if the Court is inclined to sentence his client to a term of imprisonment, he requested the Court to consider a term of 12 months imprisonment, the sentence which was imposed on the co-defendant

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended a level 17 which would give the Defendant a sentence of 24 months and stated the reasons for the recommendation.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

SENTENCING CONTINUED TO: _____

NOTES/OTHER MATTERS:

Defense informed the Court of Defendant's financial status and discussed the presentence report.

SENTENCE: CR-01-00126-001                                    DEFENDANT: MIGUEL T. SANTOS, JR.

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>24 MONTHS.</u> WHILE IN PRISON, DEFENDANT SHALL PARTICIPATE IN A DRUG EDUCATION PROGRAM APPROVED BY THE BUREAU OF PRISONS, AS WELL AS ANY VOCATIONAL PROGRAMS AVAILABLE.

( X )   DEFENDANT SHALL SELF-SURRENDER TO THE U.S. MARSHAL OFFICE IN GUAM ON OCTOBER 3, 2005 AT 12 NOON. IF DESIGNATION IS RECEIVED AFTER OCTOBER 3, 2005, COUNSEL SHALL STIPULATE AND SUBMIT TO THE COURT A DATE UPON WHICH DEFENDANT SHALL SELF-SURRENDER TO THE U.S. MARSHAL OFFICE IN GUAM.

( X )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT <u>CALIFORNIA</u>.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>FIVE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.   DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.

2.   DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES AND SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS OF THE COMMENCEMENT OF HIS TERM OF SUPERVISED RELEASE.

3.   DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4.   DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5.   DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER THE DEFENDANT HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL MAKE A CO-PAYMENT TO THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

6.   DEFENDANT SHALL PERFORM 300 HOURS OF COMMUNITY SERVICE AS APPROVED BY THE U.S. PROBATION OFFICE

   IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 TO BE PAID IMMEDIATELY AFTER SENTENCING.

   PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

   COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS.