# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

    vs.

Miguel T. Santos, Jr.
 aka Mike Santos,

        Defendant.

Case No. 1:01-cr-00126

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Notice of Entry of Judgment, filed August 10, 2005*** on the dates indicated below:

*U.S. Attorney's Office*
*August 10, 2005*

*Curtis Van de Veld*
*August 10, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Notice of Entry of Judgment, filed August 10, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005

      /s/ Marilyn B. Alcon
        Deputy Clerk