# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender:   **Miguel Tiongco Santos**                    Case Number:  **CR 01-00126-001**

Name of Sentencing Judicial        Honorable Consuelo B. Marshall

Date of Original Sentence:        August 2, 2005


Original Offense:   Conspiracy to Import Crystal Methamphetamine a.k.a. "Ice," in violation of 21

Original Sentence:  24 months imprisonment, followed by a five year term of supervised release with conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to use of drugs or alcohol; perform 300 hours of community service; and pay a $100 special assessment fee.


Type of Supervision:  Supervised Release     Date Supervision Commenced:  June 29, 2007

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

Mr. Santos has been ordered to participate in a substance abuse program approved by the U.S. Probation Office. The Texas Christian University Drug Screen conducted by the undersigned Probation Officer concludes that substance abuse treatment is not needed at this time. Mr. Santos scored a zero (0) on the assessment, confirming that there is no need for treatment at this time. In addition, Mr. Santos consistently tested negative for use of illicit substances and alcohol during his period of pretrial release, as well as since the commencement of his term of supervised release. Mr. Santos will continue to be monitored through drug and alcohol tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

| Reviewed by: | Respectfully submitted, |
|---|---|
|  /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader |  /s/ JOHN W. SAN NICOLAS II<br>U.S. Probation Officer |
| Date: July 30, 2007 | Date: July 30, 2007 |

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision>

☐ Submit a Request for Warrant or Summons.

☐ No Action.

☒ **Other**: The condition is suspended as recommended.



                               **/s/ Frances M. Tydingco-Gatewood**  
                                     **Chief Judge**  
                                   **Dated: Jul 18, 2008**