# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 01-00126-001 |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| MIGUEL TIONGCO SANTOS, ) | |
| ) | |
| Defendant. ) | |

     On August 2, 2005, Miguel Tiongco Santos was sentenced by the Honorable Consuelo B. Marshall for Conspiracy to Import Crystal Methamphetamine a.k.a. "Ice," in violation of 21 U.S.C. § 952(a), 960(a)(1), and 963. He received a 24-month term of imprisonment, followed by a five year term of supervised release with conditions to include that he: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; comply with the standard conditions of supervision; participate in a program approved by the U.S. Probation Office for substance abuse, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol; perform 300 hours of community service; and pay a $100 special assessment fee. On July 30, 2007, his substance abuse treatment condition was suspended. On August 1, 2007, conditions were modified in conformance with the Ninth Circuit decision in United States v.s Stephens (04-50170) to include that he submit no more than eight drug tests per month.

     Mr. Santos has requested to travel to Manila, Philippines to visit his sister and brother, for vacation purposes, and to schedule and attend medical and dental examinations at St. Luke's Hospital, Manila, Philippines. Mr. Santos plans to depart Guam on August 12, 2008 and return on August 26, 2008.

Request to Travel
Re: SANTOS, Miguel Tiongco
Criminal Case No. 01-00126-001
July 28, 2008
Page 2


      Mr. Santos completed his drug testing requirement on July 10, 2008 and continues to be subjected to drug and alcohol testing with negative results. His drug treatment condition was suspended by the Court on July 30, 2007 because he had no prior history of substance abuse. In addition, he submitted to a DNA sample on October 30, 2006, completed his community service requirement on March 8, 2008, and paid his special assessment fee on August 2, 2005. This Officer supports the travel request and seeks Court approval.

      Respectfully submitted,
      ROSSANNA VILLAGOMEZ-AGUON
      Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
      U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:    File

| | | |
|---|---|---|
| PROB 37<br>(3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |

**Miguel Tiongco Santos**
Criminal Case No. 01-00126
SS# XXX-XX-1848
DOB: XX-XX-1953
HT: 5 ft 5 in
WT: 140 lbs



DATE: **July 28, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Philippines**

FROM **August 12, 2008** AND RETURNING **August 26, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit with family and to schedule and attend medical and dental check-ups at St. Luke's Medical Center, Manila, Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Manila, Philippines;**
2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**
3. **You shall call your probation officer if you change accommodation/location; and**
4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME N/A
ADDRESS

☐ APPROVED  ☐ DISAPPROVED