| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Miguel Tiongco Santos**
Criminal Case No. 01-00126
SS# XXX-XX-1848
DOB: XX-XX-1953
HT: 5 ft 5 in
WT: 140 lbs



DATE: **July 28, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Manila, Philippines**

FROM **August 12, 2008** AND RETURNING **August 26, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit with family and to schedule and attend medical and dental check-ups at St. Luke's Medical Center, Manila, Philippines.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Manila, Philippines;**
2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**
3. **You shall call your probation officer if you change accommodation/location; and**
4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:



/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS

☒ APPROVED    ☐ DISAPPROVED



/s/ Frances M. Tydingco-Gatewood
      Chief Judge
**Dated: Jul 30, 2008**